NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent, v. WALTER G.

ELIOT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

